```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 04418
    CARMEN ALLISON
                                                 CHAPTER 13

                                                 JUDGE: JACQUELINE P COX

            Debtor
    SSN XXX-XX-7022

------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
      The case was filed on 02/05/2004 and was confirmed 06/07/2004.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  60.00%.

      The case was dismissed after confirmation 04/30/2007.
------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------
CITY OF CHICAGO PARKING    UNSECURED         2540.00         .00         892.62
ILLINOIS DEPT PUBLIC AID   UNSECURED         7105.00         .00        2496.83
AT & T BANKRUPCTY          UNSECURED          237.42         .00          79.66
TCF BANK                   UNSECURED       NOT FILED         .00            .00
TCF NATIONAL BANK          NOTICE ONLY     NOT FILED         .00            .00
ZALUTSKY & PINSKI LTD      REIMBURSEMENT     194.00          .00         194.00
ZALUTSKY & PINSKI LTD      DEBTOR ATTY     2,200.00                    2,200.00
TOM VAUGHN                 TRUSTEE                                       308.90
DEBTOR REFUND              REFUND                                          3.99

      Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                           RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                    6,176.00

PRIORITY                                          194.00
SECURED                                              .00
UNSECURED                                        3,469.11
ADMINISTRATIVE                                   2,200.00
TRUSTEE COMPENSATION                               308.90
DEBTOR REFUND                                        3.99
                         --------------      --------------
TOTALS                     6,176.00              6,176.00




              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 04418 CARMEN ALLISON
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 02/26/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE